UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANONYMOUS MEDIA RESEARCH HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>ROKU, INC.,<br><br>        Defendant. | Case No. 24-cv-04171-VC<br><br>**ORDER GRANTING MOTION TO AMEND COMPLAINT**<br><br>Re: Dkt. Nos. 86, 93 |

      AMRH's motion to amend its complaint is granted. AMRH's first amended complaint should be filed within one week of this order. Roku's motion for judgment on the pleadings will remain pending and be deemed to apply to the first amended complaint as well. If Roku wishes to file a supplemental brief in support of its motion for judgment on the pleadings, to the extent that anything new needs to be said about the '883 patent, it should file that brief within 14 days of the filing of AMRH's first amended complaint. That supplemental brief may not exceed 10 pages. AMRH may file a supplemental response, also not to exceed 10 pages, within 14 days of Roku's supplemental brief being filed. The hearing on the motion for judgment on the pleadings will take place on September 11, 2025.

      **IT IS SO ORDERED.**

Dated: June 20, 2025

_____
VINCE CHHABRIA
United States District Judge